# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

M.D. Appeal Dkt.
63 MAP 2017

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 345 MAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ERIC EUGENE SMALL, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

> Whether the Superior Court erred in reversing the PCRA court's grant of a new trial based on after-discovered evidence by finding that Tyson's testimony was merely cumulative and corroborative of the exculpatory evidence presented at Petitioner's trial?